# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff | § | |
| v. | § | Civil Action No. 4:09-CV-04065 |
| $21,028.00 IN U.S. CURRENCY, | § | |
| Defendant | § | |

## CLAIM FOR FORTEITURE OF PROPERTY UNDER RULE G(5)

TO THE HONRABLE UNITED STATES DISTRICT JUDGE

The Claimant for the above styled and numbered cause, Imran Sattar, respectfully asserts an interest in the Defendant property and contests the forfeiture of the Defendant property by filing this claim.

### I.

1. Claimant files a claim for $21,028.00 in seized money, identified in the above styled and numbered cause.

2. Claimant is Imran Sattar. Claimant is the owner of the $21,028.00 in seized money.

### II.

Claimant prays that the Court ceases any forfeiture actions against the Defendant property.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing instrument was served via CM/ECF to the Assistant United States Attorney presently assigned to this, Albert Ratliff, on February 1, 2010 and a copy of this instrument was faxed to Albert Ratliff at (713) 718-3300.

/s/
David W. Bergquist


Respectfully Submitted,

/s/
David W. Bergquist
Texas State Bar Number: 24040512
The Law Offices of
David W. Bergquist, PLLC
2000 SMITH STREET
Telephone: (713) 655-8000
HOUSTON, TEXAS  77002
Fax: (713) 739-0000
Attorney for Defendant
Imran Sattar