# VERIFICATION

STATE OF __OK__ §

__OK__ COUNTY §

BEFORE ME, the undersigned authority, personally appeared Imran Sattar who being duly sworn, deposed as follows:

"My name Imran Sattar. I am at least 18 years of age and of sound mind. I am personally acquainted with the facts alleged in Claimant's Claim for Forfeiture of Property Under Rule G(5). I hereby swear that the statements in support of Claimant's Claim for Forfeiture of Property Under Rule G(5) are true and correct.

I sign this Claimant's Claim for Forfeiture of Property Under Rule G(5) under penalty of perjury."

Sworn to and subscribed before me by Imran Sattar, on __February 01__, 2010.

Notary Public in and for
The State of __OK__

My commission expires: __03/02/11__