# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Plaintiff | § § | |
| v. | § § | Civil Action No. 4:09-CV-04065 |
| $21,028.00 IN U.S. CURRENCY, | § § | |
| Defendant | § § | |

## ANSWER

TO THE HONRABLE UNITED STATES DISTRICT JUDGE

The Claimant for the above styled and numbered cause, Imran Sattar, respectfully asserts an interest in the Defendant property and files this Response to Plaintiff's Verified Complaint for Forfeiture In Rem:

### A. RESPONDING TO ALLEGATIONS IN THE COMPLAINT

1. Claimant does not dispute the allegations in paragraphs 1 through 5.

2. Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraphs 6 and 7.

3. Claimant does not dispute the allegations in paragraphs 8 and 9.

### B. PRAYER

4. For these reasons, Claimant asks the court to enter judgment that Plaintiff takes nothing, and award Claimant all other relief to which he is entitled.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was served via CM/ECF to the Assistant United States Attorney presently assigned to this, Albert Ratliff, on February 12, 2010 and a copy of this instrument was faxed to Albert Ratliff at (713) 718-3300.

/s/
David W. Bergquist

Respectfully Submitted,

/s/
David W. Bergquist
Texas State Bar Number: 24040512
The Law Offices of
David W. Bergquist, PLLC
2000 SMITH STREET
Telephone: (713) 655-8000
HOUSTON, TEXAS  77002
Fax: (713) 739-0000
Attorney for Defendant
Imran Sattar