UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff | § § § |
| v. | §   CIVIL ACTION NO. 4:09-cv-04065 |
| $21,028.00 IN U.S. CURRENCY, Defendant | § § § § |

### AGREED ORDER OF FORFEITURE AND FINAL JUDGMENT

The parties' joint motion for a final judgment of forfeiture is granted. The Court finds that there was reasonable cause for the seizure of the Defendant in rem $21,028.00 in United States currency, under 28 U.S.C. §2465(a)(2). It is ORDERED that:

1. $11,565.40 of Defendant in rem is forfeited to the United States. The United States Department of Homeland Security shall legally dispose of these funds;

2. The United States Department of Homeland Security shall return to the Claimant, $9,462.60 of Defendant in rem (less any debt owed to the United States, any agency of the United States, or any other debt in which the United States is authorized to collect) by sending a

check payable to Imran Sattar, c/o Attorney David Windlin Bergquist, 2000 Smith Street, Houston, TX 77002;

3. The Claimant will hold the United States, including its employees, agents, and assignees, harmless for any damages or causes of action relating to this action;

4. All parties will bear their costs including attorneys' fees;

5. Any relief not specifically granted is denied.

This is a Final Judgment.

Signed on March 31, 2010

Kenneth M. Hoyt
United States District Judge

Agreed as to form and substance:

Imran Sattar, Claimant

David Windlin Bergquist
Attorney for Claimant

s/ Albert Ratliff
Albert Ratliff, Assistant U.S. Attorney